IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NATHANIEL TYREE RIVERS,<br>    Petitioner, | Civil Action No. 7:09-cv-00379 |
| v. | **FINAL ORDER**<br><br>By:   Hon. James C. Turk<br>        Senior United States District Judge |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 21st day of September, 2009.

/s/ James C. Turk
Senior United States District Judge